| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

CodePro Innovations LLC, §
§
      Plaintiff, §
§
versus §     Civil Action H-12-2351
§
Shell Oil Company, et al., §
§
      Defendants. §

## Scheduling Order

By November 12, 2012, CodePro Innovations LLC must respond to Kroger, Save Mart, The Stop & Shop, and Winn-Dixie's motions to dismiss. (59, 60, 61, 62)

Signed on November 6, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge